THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Douglas Lamont Rice, Appellant.
 
 
 

Appeal From Anderson County
 J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-454
 Submitted October 1, 2009  Filed October
8, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia;  Solicitor Christina Theos Adams, of
 Anderson, for Respondent.
 
 
 

PER CURIAM: 
 Douglas Lamont Rice appeals his conviction for trafficking in cocaine, arguing the trial judge erred in (1) proceeding in absentia when the State failed to produce evidence Rice had been given notice of his trial
 date, and (2) failing to declare a mistrial after the prosecutor improperly
 commented on Rice's right to remain silent.  After a thorough review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]  
APPEAL DISMISSED.
Hearn, C.J., Konduros, and Lockemy, JJ.,  concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.